# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PROFESSIONAL SOLUTIONS INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Case No. 1:22-cv-04570<br>) |
| LUTHERAN CHILD AND FAMILY SERVICES OF ILLINOIS, CAMP WARTBURG LUTHERAN RETREAT CENTER INCORPORATED, and JANE DOE, | ) Hon. Marvin E. Aspen<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT plaintiff Professional Solutions Insurance Company ("Plaintiff"), through its undersigned counsel, submits this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) dismissing, without prejudice, all claims asserted in Plaintiff's Complaint against defendants Lutheran Child and Family Services of Illinois, Camp Wartburg Lutheran Retreat Center Incorporated, and Jane Doe (collectively "Defendants"). As of the date of this Notice, Defendants have not served an answer to the Complaint or moved for summary judgment.

Dated: September 20, 2022

*Respectfully Submitted,*

/s/ *Cassandra L. Jones*
Cassandra L. Jones (Bar No. 6309352)
WALKER WILCOX MATOUSEK LLP
One North Franklin Street, Suite 3200
Chicago, Illinois 60606
Telephone: (312) 244-6700
Fax: (312) 244-6800

Email: cjones@walkerwilcox.com

*Attorneys for Plaintiff Professional Solutions Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2022, I electronically filed the foregoing document through the CM/ECF system.

/s/ *Cassandra L. Jones*
Cassandra L. Jones